# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO FIDENCIO SALDIVAR, | No. ED CV13-7757-JLS (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| G.D. LEWIS, Warden, | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Respondent. | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 8, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE