# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO FIDENCIO SALDIVAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G. D. LEWIS, Warden,<br><br>　　　　　Respondent. | No. ED CV13-7757-JLS (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2015

　　　　　　　　　　　　　　　　　　　/s/ Josephine Staton
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE